**Jessie FRY, Individually and Doing Business as National Motor Finance Company, and Murray Fry, v. Chester BOWLES, Administrator, Office of Price Administration.**

**No. 3226.**

Circuit Court of Appeals, Tenth Circuit.

March 28, 1946.

Isaac Mellman, of Denver, Colo., for appellant.

John L. Moffett, of Denver, Colo., for appellee.

502

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.
Appeal dismissed for failure to prosecute.